FILED

AUG 0 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case Number CR-05-113-JF |
|---|---|
| Plaintiff, | ORDER TO SHOW CAUSE |
| v. | |
| ISMAEL OSCAR RODRIGUEZ-BANDA, | |
| Defendant. | |

Defendant, a prisoner in federal custody, has filed a Motion to Vacate, Set Aside or Modify Sentence pursuant to 28 U.S.C. § 2255. IT IS ORDERED as follows:

(1)    The Clerk of the Court shall (a) serve a copy of the Motion and a copy of this Order upon counsel for Plaintiff, the Office of the United States Attorney, Northern District of California and (b) serve a copy of this Order on Defendant.

(2)    Plaintiff shall, in writing and within thirty (30) days after receiving this Order, file an opposition to the Motion showing cause why the Motion should not be granted.

(3)    Defendant may file a reply within twenty (20) days after receiving the opposition.

Case No. CR-05-113-JF
ORDER TO SHOW CAUSE
(JFLC2)

(4)  Unless otherwise ordered by the Court, the matter will be deemed submitted upon the filing of the reply or upon the expiration of time to file a reply.

DATED: 8-4-05

JEREMY FOGEL
United States District Judge

Case No. CR-05-113-JF
ORDER TO SHOW CAUSE
(JFLC2)

1 | Copies of Order mailed on August5, 2005 to:
2 |
3 | Counsel for Plaintiff:
4 | Office of the United States Attorney
    150 Almaden Blvd. Ste. 900
5 | San Jose, CA 95113
6 | Defendant:
    Ismaael Oscar Rodriguez-Banda
7 | B.O.P. Reg. No: 10230-111
    Giles W. Dalby Corr. Facility
8 | 805 N. Avenue F
    Post, TX 79356
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

3

Case No. CR-05-113-JF
ORDER TO SHOW CAUSE
(JFLC2)