** e-filed on 10/4/2005 **

NOT FOR CITATION

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ISMAEL OSCAR RODRIGUEZ-BANDA, aka Oscar Rodriguez,<br><br>　　　　　　　　　　Defendant. | Case Number C 05-03113 JF<br>　　　　　　　　CR 05-00113 JF<br><br>ORDER[1] GRANTING DEFENDANT'S EX PARTE REQUEST FOR AN EXTENSION OF TIME<br><br>[Docket No. 21] |

　　　Defendant requests that the Court extend the time for Defendant to file a response to the Government's Opposition to Defendant's Motion to Vacate, Set Aside, or Correct Sentence to twenty (20) days after the Court grants this request.

　　　Defendant's ex parte request is GRANTED. Defendant shall file his response no later than twenty (20) days after service of this order.

---

[1] This disposition is not designated for publication and may not be cited.

Case No. C 05-03113 JF
ORDER GRANTING DEFENDANT'S EX PARTE REQUEST FOR AN EXTENSION OF TIME
(JFLC1)

1  DATED: October 5, 2005

2

3                                          /s/ electronic signature authorized
                                           JEREMY FOGEL
4                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1  This Order has been served upon the following persons:

2  Matthew A. Lamberti     Matt.Lamberti@usdoj.gov,

3  Lara Suzanne Vinnard     lara_vinnard@fd.org, amy_lucas@fd.org

4  Ismael Oscar Rodriguez-Banda
   Reg No 10230-111
5  Giles W. Dalby Corr. Facility
   805 N. Ave. F
6  Post, TX 79356

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

Case No. C 05-03113 JF
ORDER GRANTING MOVANT'S REQUEST FOR AN EXTENSION OF TIME
(JFLC1)